FILED

09/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0387

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 23-0387**

LORI LUNDEEN,

Plaintiff/Appellant,

v.

LAKE COUNTY,
a political subdivision of the State of Montana,

Defendant/Appellee.

**ORDER**

On Appeal from the Montana Twentieth Judicial District Court
Lake County, Cause No. DV-2022-193
Honorable John W. Larson

Pursuant to Appellant's Unopposed Motion for Extension of Time to File Opening Brief, with good cause appearing therefore and no objection by Appellee,

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for Extension of Time to File Opening Brief is GRANTED, and Appellant shall have up to and including Monday, October 23, 2023 to file her opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

ORDER                                          1

Cc:  Christopher Di Lorenzo, Eric M. Brooks
     J.R. Casillas, Peter F. Lacny

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 21 2023